IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E CLAMPUS VITUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DAVID L. STEINER, THOMAS PEAK, ) <br> JOHN MOORE, KARL DODGE, JOSEPH ) <br> ZUMWALT CHAPTER 169 E CLAMPUS ) <br> VITUS, and DOES 1 through 50, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:12-cv-01381-GEB-GGH <br><br> <u>ORDER DISCHARGING ORDER TO</u> <br> <u>SHOW CAUSE; ORDER CONTINUING</u> <br> <u>STATUS (PRETRIAL SCHEDULING)</u> <br> <u>CONFERENCE</u> |

Plaintiff was Ordered to Show Cause ("OSC") in a writing to be filed no later than February 11, 2013, why it and/or its counsel should not be sanctioned six hundred dollars ($600.00) for twice failing to participate in filing a timely joint status report and failing to respond to the January 23, 2013 OSC. (ECF No. 23.) Plaintiff's former counsel filed a Declaration in response to the OSC, in which he avers, in part, as follows:

> 4.   The failure to file and consult is completely my fault. As a result of recent medical and other issues of both myself and my staff, I came to realize that I was not going to be able to continue with this case and notified counsel for the Plaintiff on the 23rd that I ws going to be withdrawing.
>
> 5.   I advised the client and new counsel has been retained.

(Decl. of Matthew V. Brady ¶¶ 4-5, ECF No. 24.)

1        In light of these representations, a sanction will not be
2   imposed. Therefore, Mr. Brady's request for a hearing is unnecessary,
3   and no hearing is scheduled.
4        Further, the Joint Status Report filed February 19, 2013,
5   reveals this case is not ready to be scheduled. Therefore, the Status
6   (Pretrial Scheduling) Conference scheduled for hearing on March 4, 2013,
7   is continued to May 13, 2013, at 9:00 a.m. A further joint status report
8   shall be filed no later than fourteen (14) days prior to the Status
9   Conference in which the parties shall address all pertinent subjects set
10  forth in Local Rule 240; the parties may not simply refer the Court to
11  a previously filed status report.

Dated:   February 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2